IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DEWAYNE HASTINGS,
ADC #110772                                                                                         PLAINTIFF

v.                                                 2:09CV00186JLH/HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

By Order dated January 12, 2010 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #5). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate with respect to some of the defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Norris, Kelly, Yarbrough, Holloway, Powell, Mann, Norman, Edwards, Grisby, Granger, Roziakie, and Lowe. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendants Norris and Kelly in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore. The United States Marshal is hereby directed to serve a copy of the original and amended complaints and summons on the defendants Yarbrough, Holloway, Powell, Mann, Norman, Edwards, Grisby, Granger, Roziakie and Lowe, in care of Humphries and Lewis Law Firm, P.O. Box

20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of February, 2010.

_____
United States Magistrate Judge