IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DEWAYNE HASTINGS,
ADC #110772                                                                                          PLAINTIFF

v.                                              2:09CV00186HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

Summons was returned, unexecuted, with respect to defendants Mann and Roziakie on March 12, 2010 (DE ##28, 29). In the return, defendants' counsel indicates that no individuals by those names are listed as employees of Correctional Medical Services, Inc. Therefore, plaintiff shall provide corrected information concerning these defendants' identities within ten days of the date of this Order. Failure to properly identify these defendants and achieve service on them shall result in their dismissal from plaintiff's complaint.

IT IS SO ORDERED this 16th day of March, 2010.

_____
United States Magistrate Judge

1