IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL DEWAYNE HASTINGS,
ADC #110772                                                                      PLAINTIFF

v.                                        2:09CV00186HLJ

LARRY NORRIS, et al.                                                            DEFENDANTS

ORDER

Summons was returned, unexecuted, with respect to defendants Mann and Roziakie on

March 12, 2010 (DE ##28, 29).  In the return, defendants' counsel indicates that no individuals by

those names are listed as employees of Correctional Medical Services, Inc.  Therefore, plaintiff shall

provide corrected information concerning these defendants' identities within ten days of the date

of this Order.  Failure to properly identify these defendants and achieve service on them shall result

in their dismissal from plaintiff's complaint.

IT IS SO ORDERED this 16th day of March,  2010.

_____
Henry L. Jones, Jr.
United   States   Magistrate   Judge