# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MICHAEL DEWAYNE HASTINGS,                                                    PLAINTIFF
ADC #110772

v.                              NO. 2:09CV00186 JLH/JTK

LARRY NORRIS, et al.                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the defendants' motions to dismiss and for summary judgment (Doc. Nos. 14, 46) are hereby GRANTED, and plaintiff's complaint against defendants is dismissed without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 30th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE