# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL DEWAYNE HASTINGS,                                               PLAINTIFF
ADC #110772

v.                              No. 2:09CV00186 JLH/JTK

LARRY NORRIS, et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 30th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE